1
 N.K.S. and W.J.S., Petitioners v. M.S. and I.R.S. Respondents No. 26SC68Supreme Court of Colorado, En BancMarch 30, 2026
           Court
 of Appeals Case No. 25CA285
 
 2
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          Whether
 a majority of the court of appeals' panel erred in
 finding that the Guardian ad litem (GAL) for
 children in a Dependency and Neglect (D&N) matter did not
 have standing to appeal the order denying a motion to
 terminate parental rights, despite acknowledging that C.R.S.
 § 19-3-203(5) authorizes a GAL to appeal matters in a
 D&N case.